IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MONTE DAWSON | § | |
| vs. | § | CIVIL ACTION NO. 2:10-CV-595 |
| LOWE'S OF LONGVIEW | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 14) has been presented for consideration. The report recommends that Defendant's motion for dismissal of Plaintiff's age and disability claims be granted and that those claims be dismissed without prejudice. No objections to the Magistrate Judge's report were filed.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that Defendant's motion for dismissal of Plaintiff's age and disability claims is GRANTED and that those claims are DISMISSED without prejudice.

SIGNED this 23rd day of August, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE